# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132294 & (60)

CATHERINE E. WILKERSON, M.D.,
     Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132294
COA: 265220
Washtenaw CC: 03-001418-CZ

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220